# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 28, 2011

140933

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RONALD THORNE, a legally incapacitated
person, by MARGARET ANN WILSON,
guardian and conservator,
          Plaintiff-Appellant,

and

BLUE CROSS BLUE SHIELD,
          Intervening Plaintiff,

v

GREAT ATLANTIC & PACIFIC TEA CO.
INC., d/b/a FARMER JACK,
          Defendant-Appellee.

SC: 140933
COA: 281906
Macomb CC: 2006-002549-NO

_____/

      On order of the Court, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy, *In re The Great Atlantic & Pacific Tea Co, Inc, et al*, U.S. Bankruptcy Court, Southern District of New York Case No. 10-24549-rdd, the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 28, 2011

_____
Clerk

y0125